# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Carleen Coulter

                                              Plaintiff,

v.                                                                         Case No.: 1:23−cv−16176
                                                                          Honorable LaShonda A. Hunt

Hudson Group (HG) Retail, LLC, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 6, 2024:

        MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic oral ruling on motions held. Counsel for Plaintiffs and Counsel for Defendants appeared. For the reasons stated on the record, Defendants' Opposed Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [24] is denied, and Plaintiffs' Opposed Motion for Leave Opposed Motion for Leave to File Sur−reply in Further Opposition to Amazon's Motion to Dismiss [35] is denied as unnecessary. Defendants' answer to the complaint is due by 12/6/24. Parties are to file a joint status report that includes a proposed discovery plan and discusses if the related cases should be consolidated and any other pertinent information for Court consideration by 12/20/2024. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.